No. 313. MISSOURI PACIFIC R. CO. *v.* WHELEN SPRINGS GRAVEL CO. ET AL. October 17, 1932. Petition for writ

of certiorari to the Supreme Court of Arkansas denied. *Messrs. Robert E. Wiley* and *Edward J. White* for petitioner. *Messrs. George B. Rose, D. H. Cantrell, J. F. Loughborough, Nicholas J. Gantt, Jr., G. W. Dobyns,* and *A. F. House* for respondents.